IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J B INVESTMENT GROUP, LLC,

   Plaintiff,

     v.

FANETTA CRAIG, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-4443-TWT

**ORDER**

     This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

     SO ORDERED, this 19 day of June, 2018.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge